1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KORY T. O'BRIEN,                                   No.  2:22-cv-1007 CKD P

12                      Plaintiff,

13            v.                                          ORDER

14     D. REED, et al.,

15                      Defendants.

16

17            Plaintiff, a California prisoner, has filed an action for violation of civil rights action

18     pursuant to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights took

19     place in Madera County, which is part of the Fresno Division of the United States District Court

20     for the Eastern District of California.  See Local Rule 120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22     division of a court may, on the court's own motion, be transferred to the proper division of the

23     court.  Therefore, this action will be transferred to the Fresno Division of the court.

24            Good cause appearing, IT IS HEREBY ORDERED that:

25            1.  This action is transferred to the United States District Court for the Eastern District of

26     California sitting in Fresno; and

27     /////

28     /////

1

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  June 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
obri1007.22

2