# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>        Plaintiff,<br><br>    v.<br><br>REED, *et al.*,<br><br>        Defendants. | Case No.  1:22-cv-00780-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE AS PREMATURE<br><br>(ECF No. 22) |

Plaintiff Kory T. O'Brien ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 30, 2022, the Court screened the second amended complaint and issued findings and recommendations regarding dismissal of certain claims.  (ECF No. 21.)  Plaintiff was permitted fourteen days to file any objections to the findings and recommendations.  (*Id.* at 15–16.)  Plaintiff did not file objections, and now that the deadline for filing objections has expired, the findings and recommendations are pending before the District Judge.

Currently before the Court is Plaintiff's motion for order of service of summons to complaint, filed March 3, 2023.  (ECF No. 22.)  Plaintiff requests that the Court order service of the second amended complaint on defendants in light of the findings and recommendations.  (*Id.*)

Plaintiff's request is premature.  While the undersigned has recommended that this action proceed on the cognizable claims stated in Plaintiff's second amended complaint, those findings

1

and recommendations have not yet been adopted by the District Judge.  If the findings and recommendations are adopted, the Court will then order service on the appropriate defendants pursuant to the Court's E-Service program.  Plaintiff does not need to request service.

Accordingly, Plaintiff's motion for service, (ECF No. 22), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:   **March 6, 2023**            /s/ *Barbara A. McAuliffe*            
                                    UNITED STATES MAGISTRATE JUDGE